ARTURO HERNANDEZ-M., Attorney at Law
15 S. 34th Street
San Jose, California 95116
Phone  (408) 729-5785
Fax     (408) 729-0167
California Bar No. 108980
Email: Artlawoff@aol.com


Attorney for Defendant, JOSE DIAZ


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>  JOSE DIAZ,<br><br>            Defendant. | Case No. 1: 05 MJ 00093 DLB<br><br><br>**C O U R T  O R D E R** |


_____   There being no opposition from the District Attorney and good cause appearing

therefore,

IT IS HEREBY ORDERED that the Clerk of the United States District Court for the

Eastern District of California shall issue a Deed of Reconveyance and thereby release the property

located at 2343 Kella Avenue, Whittier, California , County of Los Angeles, owned by Guadalupe

Diaz, Maria Dolores Diaz, Alfredo Diaz, Maria de la Luz Diaz, legally described as "Lot 15 of

Tract No. 14911, as per map recorded in Book 319, pages 7 and 8 of Maps, in the office of the

county Recorder of said county", to its owners, Guadalupe Diaz, Maria Dolores Diaz, Alfredo

Diaz, Maria de la Luz Diaz.  This Deed of Reconveyance shall release the security and collateral

established by that Deed of Trust with Assignments of Rents recorded with the Stanislaus County

Recorder on February 28, 2005 as Document No. 2005-0033207-00.

     IT IS SO ORDERED.

     Dated:   **September 12, 2006**          **_____/s/ Dennis L. Beck_____**
3b142a                                        UNITED STATES MAGISTRATE JUDGE